**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| 1)  RANDY MOORAD, an individual, | ) |
| 2)  MAHA ASSALEH, an individual, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )    Case No. 25-cv-00975-J |
| | ) |
| 1)  GEICO GENERAL INSURANCE | ) |
| COMPANY, a foreign for-profit corporation, | ) |
| 2) HOMESITE INDEMNITY COMPANY, | ) |
| 3) HOMESITE INSURANCE COMPANY, | ) |
| 4) AMERICAN FAMILY MUTUAL | ) |
| INSURANCE COMPANY, S.I., a foreign | ) |
| for-profit corporation, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

COME NOW Plaintiffs Randy Moorad and Maha Assaleh, by and through their counsel of record, and hereby dismisses without prejudice the claims against defendant American Family Mutual Insurance Company, S.I. pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. This Dismissal does not dispose of, nor otherwise impact, the remaining claims against Defendants Homesite Indemnity Company and Homesite Insurance Company.

Respectfully submitted,

/s/Daniel E. Smolen
Daniel E. Smolen, OBA #19943
SMOLEN & ROYTMAN
701 S. Cincinnati Avenue
Tulsa, OK 74119
P: (918) 585-2667
Email: danielsmolen@ssrok.com
*Attorney for the Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 26th, 2025, I filed the foregoing document with the Clerk of Court using the ECF System for filing and the transmittal of a Notice of Electronic Filing to all counsel who have entered an appearance in this action.

/s/Daniel E. Smolen
Daniel E. Smolen